BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DAVID RODELL LIGHTFOOT, II** <br> XXX-XX-1987 <br><br><br> **Plaintiff,** <br><br> v. <br><br> **COMMISSIONER OF SSA** <br><br> **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:14-cv-2100 DAD <br><br><br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from April 2, 2015, to May 2, 2015, with all other deadlines extended accordingly.  This extension is required due to counsel's briefing schedule and need to be out of town at a memorial service.

/ / / /

/ / / /

/ / / /

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: March 31, 2015 | /s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law |
| 4 | | |
| 5 | | Attorney for Plaintiff |
| 6 | | |
| 7 | | |
| 8 | Dated: March 31, 2015 | Benjamin B. Wagner<br>United States Attorney |
| 9 | | Donna L. Calvert |
| 10 | | Regional Chief Counsel, Region IX<br>Social Security Administration |
| 11 | | /s/ Patrick Snyder |
| 12 | | PATRICK SNYDER |
| 13 | | Special Assistant United States Attorney<br>Attorneys for Defendant |
| 14 | | |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:   April 2, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
lightfoot2100.stip.eot.ord.docx